THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mary R. Hughes, Appellant.
 
 
 

Appeal From Union County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-446
 Submitted October 1, 2010  Filed October
14, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: Mary R. Hughes appeals her conviction for resisting
 arrest.  On appeal, Hughes argues the trial court erred in refusing to grant
 her directed verdict motion because the police lacked authority to arrest her
 without a warrant.  After a
 thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsel's petition to be relieved.[1]
APPEAL
 DISMISSED.
FEW, C.J., HUFF
 and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.